FILED 12 AUG '26 10:29 USDC-ORE

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

_____ DIVISION

DENNY LEE BRUCKER

_(Enter full name of plaintiff)_

Plaintiff,

v.

MULTNOMAH COUNTY COURTS
DISTICT ATTORNEY
NATHAN VASQUEZ

_(Enter full name of ALL defendant(s))_

Defendant(s).

Civil Case No. __3:26-CV-01677-IM__
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL
RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☑Yes     ☐No

## I. PARTIES

_List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary._

**Plaintiff**     Name: DENNY LEE BRUCKER

Street Address: 4412 SW Lateriall.ew Drive Apt#201

City, State & Zip Code: Portland, Oregon 97225

Telephone No.: (503) 998-5110

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

1

**Defendant No. 1**    Name: _Nathan Vasquez DA_ of Multnomah County Courts

Street Address: _1200 SW 1ST AVE SUIT #5200_

City, State & Zip Code: _Portland, OR 97204_

Telephone No.: _(503) 998-3162_

**Defendant No. 2**    Name: _Multnomah County Court House_

Street Address: _1200 SW 1ST AVE_

City, State & Zip Code: _Portland, OR 97204_

Telephone No.: _(971) 274-0500_

**Defendant No. 3**    Name: _Inverness Jail_

Street Address: _11540 NE Inverness DR._

City, State & Zip Code: _Portland, OR 97220_

Telephone No.: _(503) 998-5060_

**Defendant No. 4**    Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

## II.  BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

Federal Constitution Admendment 1, Admendment V,
Admendment VIII, Admendment IX, Admendment X,
OREGON REVISED STATUE 135.240, 135.230, 135.290

## III.  STATEMENT OF CLAIMS

### Claim I

State here as briefly as possible the _facts_ of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.

The trama, emotional harmful effect of the disparity of proloned with out bail, stress from the Plaintiff having asthma attacks in confined areas shortness of breath, panic attacks, very detrament mind state frame, under pressure, lack of coping skills mental break downs, no one to reach out to low blood pressure and other symtems that only the Docter at Multnomah county inverness Jail could only describe.

### Claim II

State here as briefly as possible the _facts_ of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.

The Distric Attorney Nathan Vasquez not understanding the Dogus, indiverdant

Complaint for Violation of Civil Rights (Prisoner Complaint)                3
[Rev. 01/2018]

and with his aloof additude, has left me misarable, fatigue, worring how am I going to keep my place of residantual, and all my belonging, like pictures of deceased relative photos sentimental valuble things that caint be replaced, no alfered, and leaving me In a rut to crawl out.

### Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Currently suffering from asthma attacks being confined in areas forced to take showers were thier are black mold, mrsa, rashes on my feet witch I need to place A&D oietment, not getting enough fresh air restricktions of communicating with my positve peer groups, not having enough telephone time to prepare for trial.

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Complaint for Violation of Civil Rights (Prisoner Complaint)                                    4
[Rev. 01/2018]

## IV.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes          ☐ No

## V.   RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking.  Make no legal arguments.  Cite no cases or statutes.*

I want to Ambolishment OF The Prevenative Detention. Compissation lost of housing lost of innccent, loss of being able to prepare for trial correctly, lost if social relationships and health distrot of my presumption of inncctence, Mental Anguish pain & suffuring, Asking $ 1,000,000 One million dollars, Or Heabeus Corpeus, $2,300 dollars a day.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____, 20____.

_____
*(Signature of Plaintiff)*

Complaint for Violation of Civil Rights (Prisoner Complaint)          5
[Rev. 01/2018]

DENNY LEE BRUCKER #603061
MUTNOMAH County Inverness Jail
11540 NE Inverness Dr
Portland, Or 97220-9002

PORTLAND OR RPDC 972
10 AUG 2026 PM 4  L
FOREVER  USA

United States District Court
For The District OF Oregon
WAYNE L. MORSE U.S. COURTHOUSE
405 EAST EIGHT AVENUE, SUITE 2100
EUGENE, OREGON 97401